ORIGINAL

FILED
JUN 1 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                                    ) Chapter 13
                                                          )
ANTHONY JOHNSON                                           ) Case No. 04-54027 ASW
                                                          )
                                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                                          )
                    Debtor                                )
                                                          )
_____)

The final dividend to Creditor, AMERICAN GENERAL in the above entitled matter was returned marked:  FORWARD TIME EXP-RETURN TO SENDER

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $704.04 as an unclaimed dividend.

    Claim # 10001    AMERICAN GENERAL
                                P O BOX 7133
                                FREMONT, CA  94537

Dated: June 14, 2011
                                                  DEVIN DERHAM-BURK, TRUSTEE

**13 TRUSTEE**
OX 50013
CA 95150-0013

RECEIVED
DEC 12 2008
Devin Derham-Burk
Trustee, Chapter 13


02 1A  $ 00.42⁰
0004366326  DEC 10 2008
MAILED FROM ZIP CODE 95032

AMERICAN GENERAL
P O BOX 7133
FREMONT CA 94537

945374713 B01
95150@0013

X 945 NFE 1 607C 00 12/11/08
FORWARD TIME EXP  RTN TO SEND
:AMERICAN GEN FIN SVCS
39146 FREMONT HUB
FREMONT CA 94538-1928

RETURN TO SENDER